IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:07cr114 LAC

ALEKSANDER V. BERMAN,
  a/k/a "Alex Berman,"
JUSTIN ERIC KING,
and
VYACHESLAVE ADOL'FOVICH FINKEL,
  a/k/a "Stan Finkel,"
  a/k/a "Slava Finkel"

### MOTION REQUESTING AN ORDER SEALING THE INDICTMENT

COMES NOW the United States of America, and requests that this Court issue an Order sealing the Indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The location of all the defendants are not known and public disclosure of this Indictment could result in flight and make apprehension more difficult.

2. The United States further moves the Court that the Indictment in this case shall remain sealed until further Order of this Court, except that the Clerk's Office shall provide two certified copies of the Indictment to the United States Attorney, Northern District of Florida and to the United States Marshal, Northern District of Florida.



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FL

07 SEP 18 PM 3:26



FILED

WHEREFORE, in order to arrest the defendants, ALEKSANDER V. BERMAN, a/k/a "Alex Berman," JUSTIN ERIC KING, and VYACHESLAVE ADOL'FOVICH FINKEL, a/k/a "Stan Finkel," a/k/a "Slava Finkel", before the Indictment is made available to the public, it is respectfully requested that the Court order the sealing of the Indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

TIFFANY H. EGGERS
Assistant U.S. Attorney
Florida Bar No.0193968
21 E. Garden Street, Suite 400
Pensacola, FL 32502-5675
(850) 444-4000

So ordered.

DONE and ORDERED this 18TH day of September, 2007.

UNITED STATES MAGISTRATE JUDGE

2