**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                                         CASE NO. 3:07cr114LAC

ALEKSANDER V. BERMAN, JUSTIN
KING, & VYACHESLAVE FINKEL

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   September 20, 2007
Motion/Pleadings:   MOTION TO UNSEAL INDICTMENT
Filed by  GOVERNMENT          o n   9/20/2007    Doc.#  51

RESPONSES:

                                                                                         o n            Doc.#

                                                                                         o n            Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                                 WILLIAM M. McCOOL, CLERK OF COURT

                                               *s/Mary Maloy*
LC (1 OR 2)                               Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 20th day of September, 2007, that:*

*(a) The relief requested is **GRANTED.***

*(b)* _____

                                                    *s/L.A. Collier*
                                                  ***LACEY A. COLLIER***
Entered On Docket: _____ By: __   ***Senior United States District Judge***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.