IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
　　**Plaintiff,**

vs.　　　　　　　　　　　　　　　　　　Case No. 3:07cr114/LAC

**ALEKSANDER V. BERMAN,**
　a/k/a **Aleksandr Berman,**
　a/k/a **Vladimir Berman,**
　a/k/a **Alex Berman,**
　　　　**Defendant.**

_____

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **ALEKSANDER V. BERMAN,** pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), the defendant's interests in any property, real or personal, involved in the violations set forth in Count's One through Twelve of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about October 17, 2007, the defendant, **ALEKSANDER V. BERMAN,** pled guilty to Counts One through Twelve of the Indictment pursuant to a plea and cooperation agreement outlining such forfeiture;

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said property, pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code,

FILED IN OPEN COURT THIS
1/4/08
CLERK, U.S. DISTRICT
COURT, NORTH DIST. FLA.

Section 982(a)(6), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1. That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That property which is subject to forfeiture in this Order is as follows:

   A. **2001 Meredes Benz S500, bearing Vehicle Identification Number WDBNG75J21A184105, registered to Alexander Berman;**

   B. **1995 Nissan Quest XE/GXE, bearing Vehicle Identification Number 4N22DN11W6SD861428 registered to Alexander Berman;**

   C. **1993 Mercedes Benz 500SEL, bearing Vehicle Identification Number WDBGA51E1PA096727.**

3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, **ALEKSANDER V. BERMAN,** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this _4th_ day of January, 2008.

_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE