IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
 Plaintiff,

vs.                                                         Case No. 3:07cr114/LAC

**ALEKSANDER V. BERMAN,**
 a/k/a Aleksandr Berman,
 a/k/a Vladimir Berman,
 a/k/a Alex Berman,
    Defendant.

_____

## CONSENT ORDER AND JUDGMENT OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **ALEKSANDER V. BERMAN,** pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), the defendant's interests in any property, real or personal, involved in the violations set forth in Count's One through Twelve of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about October 17, 2007, the defendant, **ALEKSANDER V. BERMAN,** pled guilty to Counts One through Twelve of the Indictment pursuant to a plea and cooperation agreement outlining such forfeiture;

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of an Order and Judgment of Forfeiture against all of defendant's interest

FILED IN OPEN COURT THIS
1/4/08
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

in said property, pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1. That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That property which is subject to forfeiture in this Order is as follows:

3. A forfeiture money judgment in the amount of **one million dollars ($1,000,000.00),** joint and severally with co-conspirators, **ANNA SHAULOVA CZERWIEN, JUSTIN ERIC KING, and VYACHESLAVE ADOL'FOVICH FINKEL** shall be included in the sentence of the defendant, in addition to the forfeitures entered in the First Preliminary Order of Forfeiture which has been entered by this Court, and the United States Department of Justice may take steps to collect the judgment from any property of the defendant, in accordance with the substitute asset provisions of Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6).

4. Upon the seizure of any property to satisfy all or part of the judgment, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this forfeiture as required by law;

5. That a Consent Order and Judgment of Forfeiture is hereby entered in favor of the United States against defendant, **ALEKSANDER V. BERMAN,** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

TIFFANY H. EGGERS
Assistant United States Attorney

ALEKSANDER V. BERMAN
Defendant

DONALD SHEEHAN
Attorney for Defendant

IT IS SO ORDERED this 4<u>th</u> day of January, 2008

LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE