## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
       **Plaintiff,**

**vs.**                                            **Case No. 3:07cr114/LAC**

**ALEKSANDER V. BERMAN,**
 **a/k/a Aleksandr Berman,**
 **a/k/a Vladimir Berman,**
 **a/k/a Alex Berman,**
       **Defendant.**

_____

## ORDER TO CORRECT SCRIVENER'S ERROR

THIS CAUSE comes before the court upon the Government's Motion to Correct Scrivener's Error. The Court being fully advised in the premises;

IT IS HEREBY ORDERED:

The VIN number for the 1995 Nissan Quest XE/GXE is hereby changed from 4N22DN11W6SD861428 to 4N2DN11W6SD861428.

IT IS SO ORDERED this 1st day of February, 2008.

                                                            *s/L.A. Collier*
                                                            LACEY A. COLLIER
                                                            SENIOR UNITED STATES DISTRICT JUDGE