IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
     Plaintiff,

vs.                                   Case No. 3:07cr114/LAC

ALEKSANDER V. BERMAN,
a/k/a Aleksandr Berman,
a/k/a Vladimir Berman,
a/k/a Alex Berman
        Defendant.
_____

## FINAL ORDER OF FORFEITURE AS TO ALL PERSONS AND ENTITIES

WHEREAS, on January 4, 2008, the Court entered a Preliminary Order of Forfeiture (Doc. 128), pursuant to the provisions of Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), based upon the defendant's guilty plea to Counts One through Twelve of the Indictment in this action, and his consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition on www.forfeiture.gov, and of the intent of the United States to dispose of the property in accordance with Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), and further notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the real property.

AND WHEREAS, no claims or petitions have been filed for the property

described in this court's Preliminary Order of Forfeiture as to **ALEKSANDER V. BERMAN,** entered January 4, 2008, and the time for filing petitions expired on December 29, 2008, sixty (60) days after the first publication on October 30, 2008, pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6). Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.     That the right, title and interest to all of the hereinafter described property is hereby condemned, forfeited and vested in the United States of America.

2.     Property subject to forfeiture in this Order is as follows:

**2001 Meredes Benz S500, bearing Vehicle Identification Number WDBNG75J21A184105, registered to Alexander Berman**

4.     That no other person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America by Order entered on January 4, 2008, and said forfeiture is now final.

5.     That the United States Marshal shall dispose of said property in accordance with law.

IT IS SO ORDERED this 9th day of January, 2009.

s/L.A. Collier
LACEY A. COLLIER
SENIOR U.S. DISTRICT JUDGE

2